John R. Edwards (SBN 244310)
john.edwards@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, California 94304
P.O. Box 51827
Palo Alto, California 94303
Telephone:	(650) 859-7000
Facsimile:	(650) 859-7500

Gregory B. Beggs
(*admitted pro hac vice*)
beggspat@execpc.com
Attorney at Law
1121 Warren Avenue, Suite 250
Downers Grove, Illinois 60515
Telephone: (630) 852-1280
Facsimile: (630) 852-1283

Specially Appearing as Attorneys for Defendant Sandra E. Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE PICTUREWALL COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SANDRA E. RICE, AN INDIVIDUAL,<br><br>Defendant. | Case No. 4:09-cv-5442 PJH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

Subject to the availability of the Court, Plaintiff The Picturewall Company, Inc. and Defendant Sandra E. Rice respectfully request and stipulate that the Case Management Conference be continued from April 1, 2010 at 2:00 p.m. to 30 days following entry of the Court's order on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Motion to Transfer to Proper Venue (Dkt. 11). The parties further request and stipulate that the deadline to

submit the Joint Case Management Statement be extended from March 25, 2010 to 7 days before the date, to be set, for the continued Case Management Conference.

Dated: March 17, 2010  Respectfully submitted,

 /s/ John R. Edwards

John R. Edwards (SBN 244310)
john.edwards@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, California 94304
P.O. Box 51827
Palo Alto, California 94303
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Gregory B. Beggs
(*admitted pro hac vice*)
beggspat@execpc.com
Attorney at Law
1121 Warren Avenue, Suite 250
Downers Grove, Illinois 60515
Telephone: (630) 852-1280
Facsimile: (630) 852-1283

Attorneys for Defendant
Sandra E. Rice, an Individual

Dated: March 17, 2010  /s/ Steven A. Nielsen

Steven A. Nielsen (SBN 133864)
steve@nielsenpatents.com
Sara B. Allman (SBN 107932)
ALLMAN & NIELSEN P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, California 94939
Telephone: (415) 461-2700
Facsimile: (415) 461-2726

Attorneys for Plaintiff
The Picturewall Company, Inc.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

5  Dated: 3/23/10



## DECLARATION IN SUPPORT OF STIPULATION

Pursuant to Civil Local Rule 6-2 (a), I hereby declare:

The parties jointly request that the Case Management Conference be continued from April 1, 2010 to 30 days following entry of the Court's order on defendant's motion to dismiss or transfer because any schedule for discovery or subsequent trial preparation would not be meaningful until pleadings are completed.

The complaint in this action was filed on November 17, 2009. On January 19, 2010, the Court set the Case Management Conference for April 1, 2010. The defendant did not waive service of process. An officer tendered the complaint to the defendant at her home in Darien, Illinois, a suburb of Chicago, on February 11, 2010. On March 4, 2010, the defendant filed her motion to dismiss this action or transfer it to the Northern District of Illinois, Eastern Division, pursuant to Federal Rules of Civil Procedure Rules 12(b)(2) and (3). The defendant's March 4 motion is pending and noticed for hearing on April 28, 2010. The defendant's motion asserts, inter alia, that she has no contacts in the State of California and has not been to California for at least 10 years. The defendant's motion is the only response which has been made to the complaint to date. Issue has not been joined in this action and cannot be joined until at least 14 days after this Court's ruling on the motion to dismiss or transfer.

No other deadlines are currently scheduled in this case.

Dated: March 17, 2010                         By: /s/ John R. Edwards_____
                                                                  John R. Edwards

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated: March 17, 2010                    By: /s/ John R. Edwards_____
                                              John R. Edwards

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of March, 2010, I, Lesley Ahlberg, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all parties.

Dated: March 17, 2010                     By: /s/ Lesley Ahlberg
                                              Lesley Ahlberg
                                              IP Litigation Legal Assistant