John R. Edwards (SBN 244310)
john.edwards@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, California 94304
P.O. Box 51827
Palo Alto, California 94303
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500

Gregory B. Beggs
(*admitted pro hac vice*)
beggspat@execpc.com
Attorney at Law
1121 Warren Avenue, Suite 250
Downers Grove, Illinois 60515
Telephone: (630) 852-1280
Facsimile:   (630) 852-1283

Specially Appearing as Attorneys for Defendant Sandra E. Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE PICTUREWALL COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANDRA E. RICE, AN INDIVIDUAL, <br><br> Defendant. | Case No. 4:09-cv-5442 PJH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

Subject to the availability of the Court, Plaintiff The Picturewall Company, Inc. and Defendant Sandra E. Rice respectfully request and stipulate that the Case Management Conference be continued from April 1, 2010 at 2:00 p.m. to 30 days following entry of the Court's order on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Motion to Transfer to Proper Venue (Dkt. 11).  The parties further request and stipulate that the deadline to

1  submit the Joint Case Management Statement be extended from March 25, 2010 to 7 days before the
2  date, to be set, for the continued Case Management Conference.
3
4  Dated:  March 17, 2010                              Respectfully submitted,
5
6                                                       /s/ John R. Edwards
7                                                      John R. Edwards (SBN 244310)
                                                       john.edwards@kirkland.com
8                                                      KIRKLAND & ELLIS LLP
                                                       950 Page Mill Road
9                                                      Palo Alto, California 94304
10                                                     P.O. Box 51827
                                                       Palo Alto, California  94303
11                                                     Telephone: (650) 859-7000
                                                       Facsimile:  (650) 859-7500
12
13                                                     Gregory B. Beggs
                                                       (*admitted pro hac vice*)
14                                                     beggspat@execpc.com
                                                       Attorney at Law
15                                                     1121 Warren Avenue, Suite 250
                                                       Downers Grove, Illinois 60515
16                                                     Telephone: (630) 852-1280
17                                                     Facsimile:  (630) 852-1283
18                                                     Attorneys for Defendant
                                                       Sandra E. Rice, an Individual
19
20
21  Dated:  March 17, 2010                              /s/ Steven A. Nielsen
22                                                     Steven A. Nielsen (SBN 133864)
                                                       steve@nielsenpatents.com
23                                                     Sara B. Allman (SBN 107932)
                                                       ALLMAN & NIELSEN P.C.
24                                                     100 Larkspur Landing Circle, Suite 212
25                                                     Larkspur, California 94939
                                                       Telephone: (415) 461-2700
26                                                     Facsimile:  (415) 461-2726
27                                                     Attorneys for Plaintiff
28                                                     The Picturewall Company, Inc.

Joint Stipulation and [Proposed] Order Rescheduling        -2-                        Case No. 4:09-cv-5442 PJH
CMC and Joint Management Statement

1   PURSUANT TO STIPULATION, IT IS SO ORDERED,

5   Dated: 3/23/10



**DECLARATION IN SUPPORT OF STIPULATION**

Pursuant to Civil Local Rule 6-2 (a), I hereby declare:

The parties jointly request that the Case Management Conference be continued from April 1, 2010 to 30 days following entry of the Court's order on defendant's motion to dismiss or transfer because any schedule for discovery or subsequent trial preparation would not be meaningful until pleadings are completed.

The complaint in this action was filed on November 17, 2009. On January 19, 2010, the Court set the Case Management Conference for April 1, 2010. The defendant did not waive service of process. An officer tendered the complaint to the defendant at her home in Darien, Illinois, a suburb of Chicago, on February 11, 2010. On March 4, 2010, the defendant filed her motion to dismiss this action or transfer it to the Northern District of Illinois, Eastern Division, pursuant to Federal Rules of Civil Procedure Rules 12(b)(2) and (3). The defendant's March 4 motion is pending and noticed for hearing on April 28, 2010. The defendant's motion asserts, inter alia, that she has no contacts in the State of California and has not been to California for at least 10 years. The defendant's motion is the only response which has been made to the complaint to date. Issue has not been joined in this action and cannot be joined until at least 14 days after this Court's ruling on the motion to dismiss or transfer.

No other deadlines are currently scheduled in this case.

Dated: March 17, 2010                              By: /s/ John R. Edwards_____
                                                                    John R. Edwards

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:  March 17, 2010                                        By:  /s/ John R. Edwards_____
                                                                             John R. Edwards

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of March, 2010, I, Lesley Ahlberg, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all parties.

Dated:  March 17, 2010                                   By:   /s/ Lesley Ahlberg_____
                                                                       Lesley Ahlberg
                                                                       IP Litigation Legal Assistant