UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE PICTUREWALL COMPANY, INC.,

        Plaintiff(s),                               No. C 09-5442 PJH

        v.                                         **JUDGMENT**

SANDRA RICE,

        Defendant(s).
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss for lack of personal jurisdiction

    it is Ordered and Adjudged

    that the complaint is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: April 29, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge